No. 21-10486

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

◆

DARCY CORBITT, et al.,
*Plaintiffs-Appellees,*

v.

HON. HAL TAYLOR, in his official capacity as Secretary of the
Alabama Law Enforcement Agency, *et al.*,
*Defendants-Appellants.*

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:18-cv-00091-MHT-SMD

**STATE DEFENDANTS' AMENDED CERTIFICATE OF INTERESTED PERSONS**

Steve Marshall
   *Attorney General*
Edmund G. LaCour Jr.
   *Solicitor General*
Brad A. Chynoweth
   *Assistant Chief Deputy Attorney General*
James W. Davis
Winfield J. Sinclair
Misty S. Fairbanks Messick
   *Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300

March 2, 2021      *Counsel for the State Defendants*

**AMENDED CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Alabama Attorney General's Office;

2. Alabama Law Enforcement Agency;

3. American Civil Liberties Union Foundation;

4. American Civil Liberties Union of Alabama;

5. Archer, Jon;

6. Arkles, Gabriel;

7. Barnes, Meridith H.;

8. * Barnes, Noel S.;

9. Boone, Brock;

10. Borden, Hon. Gray M.;

11. Chynoweth, Brad A.;

12. Clark, Destiny;

13. Cooper, Leslie J.;

14. Corbitt, Darcy;

15. Davis, James W.;

16. Doe, Jane (*see* doc. 41);

17. Doe, John (*see* doc. 10);

18. Doyle, Hon. Stephen M.;

19. Eastman, Jeannie;

20. * Esseks, James D.;

21. Faulks, LaTisha Gotell;

22. * LaCour Jr., Edmund G.;

23. Marshall, Randall C.;

24. Marshall, Hon. Steve;

25. Messick, Misty S. Fairbanks;

26. Pregno, Deena;

27. Robinson, Michael W.;

28. Saxe, Rose;

29. Sinclair, Winfield J.;

30. Taylor, Hon. Hal;

31. Thompson, Hon. Myron H.;

32. Transgender Legal Defense and Education Fund;

33. Ward, Charles; and,

34. Welborn, Kaitlin.

*Darcy Corbitt, et al. v. Hal Taylor, in his official capacity as Secretary of the Alabama Law Enforcement Agency, et al.,*
No. 21-10486

Counsel for the Appellants further certify that no additional publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted this 2nd day of March, 2021.

Steve Marshall
   *Attorney General*

s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr.
   *Solicitor General*
Brad A. Chynoweth
   *Assistant Chief Deputy Attorney General*
James W. Davis
Winfield J. Sinclair
Misty S. Fairbanks Messick
   *Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300

*Counsel for the State Defendants*

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2021, I electronically filed this document using the Court's CM/ECF system, which will serve the following counsel for Plaintiffs: Leslie Cooper (lcooper@aclu.org); James D. Esseks (jesseks@aclu.org); LaTisha Gotell Faulks (tgfaulks@aclualabama.org); Randall C. Marshall (rmarshall@aclualabama.org); and, Kaitlin Welborn (kwelborn@aclualabama.org).

                                          s/ Misty S. Fairbanks Messick
                                          Of Counsel