No. 21-10486

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

―――――――――――――――――――――――

DARCY CORBITT, et al.,
Plaintiffs-Appellees.

v.

HON. HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency, et al.,
Defendants-Appellants,

―――――――――――――――――――――――

On Appeal from the United States District Court for the Middle District of Alabama
Case No. 2:18-cv-00091-MHT-SMD

═══════════════════════════════════════

APPELLEES' MOTION FOR EXTENSION OF TIME

═══════════════════════════════════════

| | |
|---|---|
| Rose Saxe | LaTisha Gotell Faulks |
| James Esseks | Kaitlin Welborn |
| Leslie J. Cooper | ACLU FOUNDATION OF ALABAMA |
| AMERICAN CIVIL LIBERTIES UNION | P.O. Box 6179 |
| FOUNDATION | Montgomery, AL 36106-0179 |
| 125 Broad Street, 18th Floor | (334) 420-1741 |
| New York, NY 10004 | |
| (212) 549-2605 | |

Gabriel Arkles
David Brown
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND
520 Eighth Avenue, Ste. 2204
New York, NY 10018
(646) 993-1688

*Attorneys for Plaintiffs-Appellees*

# AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3) and 26.1-2(b), the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Alabama Attorney General's Office;
2. * Alabama Center for Law and Liberty;
3. Alabama Law Enforcement Agency;
4. * Alabama Policy Institute;
5. American Civil Liberties Union Foundation;
6. American Civil Liberties Union Foundation of Alabama;
7. American Civil Liberties Union of Alabama;
8. Archer, Jon;
9. Arkles, Gabriel;
10. Barnes, Meridith H.;
11. Barnes, Noel S.;
12. Boone, Brock;
13. Borden, Hon. Gray M.;
14. * Brown, David;
15. Chynoweth, Brad A.;
16. Clark, Destiny;

17. \* Clark, Matthew J.;

18. Cooper, Leslie J.;

19. Corbitt, Darcy;

20. Davis, James W.;

21. Doe, Jane (see doc. 41);

22. Doe, John (see doc. 10);

23. Doyle, Hon. Stephen M.;

24. Eastman, Jeannie;

25. Esseks, James D.;

26. Faulks, LaTisha Gotell;

27. LaCour Jr., Edmund G.;

28. Marshall, Randall C.;

29. Marshall, Hon. Steve;

30. Messick, Misty S. Fairbanks;

31. Pregno, Deena;

32. Robinson, Michael W.;

33. Saxe, Rose;

34. Sinclair, Winfield J.;

35. Taylor, Hon. Hal;

36. Thompson, Hon. Myron H.;

37. Transgender Legal Defense and Education Fund;

38. Ward, Charles;

39. Welborn, Kaitlin; and,

40. * Wilson, Thomas A.

Counsel for the Appellees further certify that no additional publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted this 15th day of June 2021.

/s Kaitlin Welborn
Kaitlin Welborn
*Attorney for Plaintiffs-Appellees*

# APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' INITIAL BRIEF

Appellees Darcy Corbitt, Destiny Clark, and Jane Doe ("Appellees"), by and through undersigned counsel, hereby respectfully request a thirty-day extension of time to file Appellees' initial brief in the above-styled matter.

In support of the requested extension, Appellees state as follows:

1. The current deadline for Appellees to file their responsive brief is June 25, 2021.

2. Rule 31-2(a) of this Court's Local Rules permits the Court to extend the time to file a brief for good cause. 11th Cir. R. 31-2(a).

3. Good cause warrants an extension of time to file Appellees' initial brief in this matter.

4. Due to the nature of this case and other responsibilities of Appellees' counsel in other litigation, Appellees' counsel require additional time to review Appellants' initial brief and to prepare a proper response.

5. Appellees' counsel, specialists in LGBTQ law, experience a significant influx of urgent matters during Pride Month (i.e., June).

6. Furthermore, Appellees' counsel recently underwent matters of a personal nature (including a death in the family and previously scheduled surgery) that warrant an extension of time.

7. An extension would not prejudice Appellants and would not unduly delay resolution of this matter.

8. This is the first time Appellees have requested an extension of time in this appeal.

9. This request is being filed at least seven days before the deadline to file.

10. Appellees exchanged electronic communication regarding this motion with Appellants' counsel on June 11, 2021, and Appellants' counsel indicated that they did not oppose the motion..

WHEREFORE, based on the foregoing, Appellees respectfully request this Court to grant the motion for an extension and allow an additional 30 days, until Monday, July 26, 2021, in which to file their initial brief.

Respectfully submitted this 15th day of June 2021.

/s Kaitlin Welborn
Kaitlin Welborn
*Attorney for Plaintiffs-Appellees*

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1.  I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A). This motion contains 305 words, including all headings, footnotes, and quotations, and excluding the parts of the motion exempted under Fed. R. App. P. 32(f).

2.  In addition, this motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

s/ Kaitlin Welborn
Kaitlin Welborn
*Attorney for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing using the CM/ECF system, thereby serving all counsel of record.

s/ Kaitlin Welborn<br>
Kaitlin Welborn<br>
*Attorney for Plaintiffs-Appellees*