IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10486-GG

_____

DARCY CORBITT,
DESTINY CLARK,
JANE DOE,

                                                            Plaintiffs-Appellees,

JOHN DOE,

                                                              Plaintiff,

versus

SECRETARY OF THE ALABAMA LAW ENFORCEMENT AGENCY,
DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY,
CHIEF OF THE DRIVER LICENSE DIVISION,
DRIVER LICENSE SUPERVISOR IN THE DRIVER LICENSE DIVISION,

                                                              Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

The Application to Appear Pro Hac Vice submitted by Shayna Medley, seeking to represent the Appellees, is hereby GRANTED.

                                                                          DAVID J. SMITH
                                                       Clerk of the United States Court of
                                                              Appeals for the Eleventh Circuit

                                                      ENTERED FOR THE COURT - BY DIRECTION